### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

KANECIA MCKAY,

           Plaintiff,

vs.                                          Case No. 07-2206-KHV

QUALITY WATER SPECIALIST,
MARY LATKOWSKI,
ROBERT LOGOS, and
SCHIENNE WEBB,

           Defendants.

### ORDER OF DISMISSAL WITH PREJUDICE

NOW on this 20th day of December 2007, the parties advise the Court that they have reached an amicable settlement in the above-captioned litigation. Based upon the parties' settlement, the Court hereby dismisses all of plaintiff's claims against the defendants with prejudice. Plaintiff shall pay her own costs and defendants' costs shall be paid by Quality Water Specialist.

IT IS SO ORDERED.

                                              s/ Kathryn H. Vratil
                                              _____
                                              THE HONORABLE KATHRYN H. VRATIL
                                              United States District Judge

APPROVED:

McCOLLUM AND PARKS, L.C.


By   /s/ Frank B.W. McCollum
    FRANK B.W. McCOLLUM   KS #03577
    bmccollum@mccollumandparks.com
    4330 Shawnee Mission Parkway
    Suite 350
    Fairway, KS 66205
    (913) 236-7500   Fax: (913) 236-7516

ATTORNEYS FOR PLAINTIFF


WALLACE, SAUNDERS, AUSTIN,
BROWN & ENOCHS, CHARTERED


By   /s/ Schalie A. Johnson
    Marty T. Jackson   KS #14188
    mjackson@wsabe.com
    Schalie A. Johnson   KS #22762
    sjohnson@wsabe.com
    10111 W. 87th Street
    Overland Park, KS 66212
    (913) 888-1000   Fax: (913) 888-1065

ATTORNEYS FOR DEFENDANTS